# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**PHILLIP SEYMORE**,
    Plaintiff,

v.                                                                                                      2:25-cv-304-JES-NPM

**RENT-A-CENTER, EAST, INC.**, *et al.*,
    Defendants.

## ORDER

Proceeding without counsel, plaintiff Phillip Seymore has initiated this action against defendants Rent-A-Center, Rosaly Rivera, Detective Ryan Mackinnon, and Sheriff Carmine Marceno in his official capacity. We granted his in forma pauperis application (Doc. 13), so Seymore is entitled to our assistance to effect service. *See* Fed. R. Civ. P. 4(c)(3).

The clerk is **DIRECTED** to send the waiver-of-service documents[1] and a copy of this order to:

- Rent-a-Center, East, Inc., c/o CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324;

- Rosaly Rivera, c/o Rent-a-Center, East, Inc., 1209 Homestead Road N, Lehigh Acres, FL, 33936;

- Detective Ryan Mackinnon, Lee County Sheriff's Office, 14750 Six Mile Cypress Parkway, Fort Myers, FL, 33912; and,

---

[1] The notice of lawsuit (AO Form 398), two copies of the waiver (AO Form 399), the operative complaint (Doc. 10), and a postage-prepaid envelope addressed to the clerk of court. The clerk shall fill out the forms on plaintiff Seymore's behalf.

- 2 -

- Sheriff Carmine Marceno, Lee County Sheriff's Office, 14750 Six Mile Cypress Parkway, Fort Myers, FL, 33912.

If defendants do not waive service, we will direct the United States Marshal to effect personal service and require defendants to pay the costs of service.

**ORDERED** on October 21, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge