# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PHILLIP SEYMORE,
     Plaintiff,

v.                                                                    2:25-cv-304-JES-NPM

ROSALY RIVERA, *et ano*,
     Defendants.

---

## CERTIFICATION

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court certifies to the Attorney General of Florida that the constitutionality of FLA. STAT. § 812.155(4)(b) (2025), is called into question by plaintiff's fourth amended complaint.

Accordingly, the clerk of court is directed to send this certification along with a copy of the fourth amended complaint (Doc. 87) via email to the Attorney General of Florida at oag.civil.eserve@myfloridalegal.com.

ORDERED on February 9, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge